IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARL B. MANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-962-SLR |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 7th day of December, 2010, the court having previously issued an order granting plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 4);

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(3) and (i) and 20 C.F.R. § 423.1, plaintiff shall provide complete "U.S. Marshal-285" forms for **the Commissioner of Social Security/Social Security Administration, Office of General Counsel, Region III**, 300 Spring Garden Street, 6th Floor, Philadelphia, PA 19123-2932; **the United States Attorney for the District of Delaware,** The Nemours Building, 1007 Orange Street, Suite 700, P. O. Box 2046, Wilmington, DE 19899-2046; and **the Attorney General of the United States**, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. **Plaintiff shall also provide the court with three (3) copies of the complaint (D.I. 2) for service upon the Commissioner of Social Security/Social Security Administration, Office of General Counsel, Region III; the United States Attorney for the District of Delaware; and the Attorney General of**

the United States. **Failure to provide the required number of copies of complete USM-285 forms and the complaint within 120 days of the date of this order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m).**

    2. Upon receipt of the form(s) required by paragraph 1 above, the United States Marshal Service shall forthwith serve a copy of the complaint (D.I. 2) and this order upon the defendant(s) so identified in each 285 form. All costs of service shall be advanced by the United States.

    3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

                                                _/s/_____
                                              UNITED STATES DISTRICT JUDGE